**CASE UNSEALED PER ORDER OF COURT**

FILED
2014 JUL 25 PM 3:54

[stamp: DISTRICT COURT / S. DIST. OF CALIFORNIA / DEPUTY]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14CR0658-DMS |
| Plaintiff, | I N D I C T M E N T<br>(Superseding) |
| v. | Title 21, U.S.C., Sec. 848(a) and (b) - Continuing Criminal Enterprise; Title 21, U.S.C., Secs. 959, 960, and 963 - Conspiracy to Distribute Methamphetamine, Cocaine and Marijuana Intended for Importation; Title 21, U.S.C., Secs. 952, 960, and 963 - Conspiracy to Import Methamphetamine, Cocaine and Marijuana; Title 18, U.S.C., Secs. 1956(h) and 1956(a)(2)(A)- Conspiracy to Launder Money; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 982, and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |
| ISMAEL ZAMBADA-GARCIA (1),<br>  aka "El Mayo,"<br>  aka "Doc,"<br>ISMAEL ZAMBADA-IMPERIAL (2),<br>  aka "Mayito Gordo,"<br>  aka "Good Guy,"<br>ISMAEL ZAMBADA-SICAIROS (3),<br>  aka "Mayito Flaco,"<br>  aka "Caballero,"<br>IVAN ARCHIVALDO GUZMAN-SALAZAR (4),<br>  aka "Luis,"<br>  aka "Chapito," | |
| Defendants. | |

   The grand jury charges:

### Introductory Allegations

   1.   At all times relevant to this Indictment, there existed a criminal organization known as the "Sinaloa Cartel." The Sinaloa Cartel is a transnational drug trafficking organization based in Sinaloa, Mexico.

   2.   Under the leadership of defendant ISMAEL ZAMBADA-GARCIA, aka "El Mayo," aka "Doc," the Sinaloa Cartel operates as an

ALB:nlv:San Diego
7/23/14

6

affiliation of drug traffickers and money launderers located in multiple countries throughout the world who coordinate and pool their collective resources in order to:

    a. transport drugs from countries of supply in Asia and Central and South America to Mexico;

    b. transport drugs through Mexico and into the United States;

    c. distribute drugs to wholesale customers in the United States; and

    d. collect, launder, and transfer the proceeds of drug trafficking.

3. At all times relevant to this Indictment, defendant ISMAEL ZAMBADA-GARCIA, aka "El Mayo," aka "Doc," and members and associates of the Sinaloa Cartel under him coordinated their drug trafficking activities to import large quantities of cocaine from Central and South American countries, including Colombia, Ecuador, Venezuela, Peru, Panama, Costa Rica, Honduras, and Guatemala, to Mexico, as well as import large quantities of methamphetamine precursors from Asia to Mexico. Defendant ISMAEL ZAMBADA-GARCIA, aka "El Mayo," aka "Doc," and members and associates of the Sinaloa Cartel under him coordinated the unloading of large shipments of cocaine in Mexico, and coordinated the transportation and storage of these cocaine shipments within Mexico. Defendant ISMAEL ZAMBADA-GARCIA, aka "El Mayo," aka "Doc," and members and associates of the Sinaloa Cartel under him coordinated their drug trafficking activities to smuggle large quantities of cocaine, generally in shipments of hundreds of kilograms at a time, as well as multi-kilogram quantities of methamphetamine and ton-quantities of marijuana, from Mexico across the United States border,

and then into and throughout the United States, including San Diego, California, and elsewhere.

### Structure and Organization

4. At all times relevant to this Indictment, the roles of the various Sinaloa Cartel members were as follows:

    a. Defendant ISMAEL ZAMBADA-GARCIA, aka "El Mayo," aka "Doc," was one of the primary leaders of the Sinaloa Cartel. Defendant ISMAEL ZAMBADA-GARCIA, aka "El Mayo," aka "Doc," negotiated the price for and caused to be obtained large quantities of cocaine from Central and South American countries to Mexico, and caused multi-kilogram quantities of cocaine, methamphetamine and marijuana to be transported from Mexico to the United States border, and then into and throughout the United States. Defendant ISMAEL ZAMBADA-GARCIA, aka "El Mayo," aka "Doc," caused drug proceeds to be laundered and transferred from the United States to Mexico and elsewhere for the benefit of the Sinaloa Cartel's members and associates.

    b. Defendant ISMAEL ZAMBADA-IMPERIAL, aka "Mayito Gordo," "Good Guy," the son of defendant ISMAEL ZAMBADA-GARCIA, caused multi-kilogram quantities of cocaine and ton quantities of marijuana to be transported from Mexico to the United States border, and then into and throughout the United States for distribution. Defendant ISMAEL ZAMBADA-IMPERIAL further caused drug proceeds to be collected from customers in the United States and laundered and transferred from the United States to Mexico and elsewhere for the benefit of the Sinaloa Cartel's members and associates.

    c. Defendant ISMAEL ZAMBADA-SICAIROS, aka "Mayito Flaco," "Caballero," the son of defendant ISMAEL ZAMBADA-GARCIA, caused multi-kilogram quantities of methamphetamine to be transported from Asia to

Mexico. Once the methamphetamine arrived in Mexico, defendant ISMAEL ZAMBADA-SICAIROS caused it to be transported from Mexico to the United States border, and then into and throughout the United States for distribution. Defendant ISMAEL ZAMBADA-SICAIROS further caused drug proceeds to be collected from customers in the United States and laundered and transferred from the United States to Mexico and elsewhere for the benefit of the Sinaloa Cartel's members and associates.

    d. Defendant IVAN ARCHIVALDO GUZMAN-SALAZAR, aka "Luis," aka "Chapito," caused multi-kilogram quantities of cocaine and ton quantities of marijuana to be transported from Mexico to the United States border, and then into and throughout the United States for distribution. Defendant IVAN ARCHIVALDO GUZMAN-SALAZAR further caused drug proceeds to be collected from customers in the United States and laundered and transferred from the United States to Mexico and elsewhere for the benefit of the Sinaloa Cartel's members and associates.

### Purpose and Methodology

5. At all times relevant to this Indictment, defendants ISMAEL ZAMBADA-GARCIA, aka "El Mayo," aka "Doc," ISMAEL ZAMBADA-IMPERIAL, aka "Mayito Gordo," "Good Guy," ISMAEL ZAMBADA-SICAIROS, aka "Mayito Flaco," "Caballero," IVAN ARCHIVALDO GUZMAN-SALAZAR, aka "Luis," aka "Chapito," and members and associates of the Sinaloa Cartel under them pooled their collective resources and used shared networks of couriers affiliated with the Sinaloa Cartel, to coordinate their activities to:

    a. Cause large quantities of cocaine, methamphetamine and other drugs and drug precursor chemicals to be imported from Asia and

Central and South American countries, including Colombia, Ecuador, Venezuela, Peru, Panama, Costa Rica, Honduras, and Guatemala, to Mexico, using various means, including cargo aircraft, private aircraft, submarines and other submersible and semi-submersible vessels, container ships, supply vessels, go-fast boats, fishing vessels, buses, rail cars, tractor trailers, trucks, automobiles, and private and commercial interstate and foreign carriers. After the drugs and drug precursor chemicals arrived in Mexico, the conspirators used shared resources to unload and store the drugs in Mexico.

b. Cause large quantities of cocaine, methamphetamine and marijuana, at times in shipments of hundreds of kilograms at a time, to be transported from various locations in Mexico to the United States border where the drugs were then stored in multiple warehouses, stash houses, and safe houses located in the areas of Tijuana, Mexicali, and elsewhere.

c. Cause drugs to be smuggled across the United States-Mexico border through the Southern District of California and elsewhere using multiple means, including automobiles, tractor trailers, trucks, fishing vessels and tunnels.

d. Cause drugs to be unloaded by stash house operators affiliated with the Sinaloa Cartel, and stored at multiple stash houses, safe houses, and warehouse locations in the Southern District of California and elsewhere.

e. Cause cocaine, methamphetamine and marijuana to be transported throughout the United States, using various means, including automobiles, tractor trailers, trucks, and private and commercial interstate carriers.

//

   f. Cause cocaine, methamphetamine and marijuana to be sold and distributed to wholesale customers in the greater Los Angeles, California area; the greater Chicago, Illinois area, and elsewhere.

   g. Cause drugs proceeds to be collected from customers, counted, packaged, and transferred and laundered from the United States through the Southern District of California, and elsewhere, to Mexico, and elsewhere, using multiple means, including bulk cash smuggling, structured bank deposits, wire transfers, currency exchange transfers, alternative credit-based systems used to transfer money without the use of wires or other traditional means, goods-based systems in which items, including high-end luxury vehicles and airplanes, were purchased in one location and transferred to another location, and other methods by shared networks of money couriers and money launderers associated with the Sinaloa Cartel.

   h. Use various means to communicate with each other in order to coordinate their drug trafficking activities, including cellular telephones, satellite telephones, computers, instant messaging applications on smart phones, and email accounts.

   i. Use coded language and other means to misrepresent, conceal and hide, and to cause to be misrepresented, concealed and hidden, the drug trafficking activities of the Sinaloa Cartel, and to avoid detection and apprehension by law enforcement authorities.

   j. Use various means to evade law enforcement and protect their drug distribution activities, including: obtaining guns and other weapons; bribing corrupt public officials; engaging in violence and threats of violence; and intimidating with threats of violence members of law enforcement, rival drug traffickers, and members of their own drug trafficking organization.

## Count 1

1. Paragraphs one through five of the Introductory Allegations of this Indictment are realleged and incorporated by reference as though fully set forth herein.

2. Beginning no later than in or about May 2005 and continuing up to and including July 25, 2014, within the Southern District of California, and elsewhere, defendant ISMAEL ZAMBADA-GARCIA, aka "El Mayo," aka "Doc," did knowingly and intentionally engage in a continuing criminal enterprise by violating various felony provisions of the Controlled Substances Act (Title 21, United States Code, Sections 801, et seq.), including but not limited to Title 21, United States Code, Sections 959, 960 and 963, as alleged in Count 2, and Sections 952, 960 and 963, as alleged in Count 3, which violations were part of a continuing series of violations of said Act and were undertaken by defendant in concert with five or more other person with respect to whom defendant occupied a position of organizer, supervisor and other position of management, and from which such continuing series of violations defendant obtained substantial income and resources.

3. Furthermore, defendant ISMAEL ZAMBADA-GARCIA, aka "El Mayo," aka "Doc," was a principal administrator, organizer, supervisor and leader of the criminal enterprise, which involved a conspiracy to distribute 150 kilograms and more of cocaine, a Schedule II Controlled Substance, for the purpose of unlawful importation into the United States, and a conspiracy to import 150 kilograms and more of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof.

All in violation of Title 21, U.S.C., Section 848(a) and (b).

## Count 2

Beginning no later than in or about May 2005 and continuing up to and including July 25, 2014, defendants ISMAEL ZAMBADA-GARCIA, aka "El Mayo," aka "Doc," ISMAEL ZAMBADA-IMPERIAL, aka "Mayito Gordo," aka "Good Guy," ISMAEL ZAMBADA-SICAIROS, aka "Mayito Flaco," aka "Caballero," and IVAN ARCHIVALDO GUZMAN-SALAZAR, aka "Luis," aka "Chapito," did knowingly and intentionally conspire with each other, and with other persons known and unknown to the grand jury, to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 5 kilograms and more of cocaine, both Schedule II Controlled Substances; and 1000 kilograms and more of marijuana; a Schedule I Controlled Substance; for the purpose of unlawful importation into the United States; all in violation of Title 21, United States Code, Sections 959, 960, and 963.

## Count 3

Beginning no later than in or about May 2005 and continuing up to and including July 25, 2014, within the Southern District of California, and elsewhere, defendants ISMAEL ZAMBADA-GARCIA, aka "El Mayo," aka "Doc," ISMAEL ZAMBADA-IMPERIAL, aka "Mayito Gordo," aka "Good Guy," ISMAEL ZAMBADA-SICAIROS, aka "Mayito Flaco," aka "Caballero," and IVAN ARCHIVALDO GUZMAN-SALAZAR, aka "Luis," aka "Chapito," did knowingly and intentionally conspire with each other, and with other persons known and unknown to the grand jury, to import 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 5 kilograms and more of cocaine, both Schedule II Controlled Substances; and 1000 kilograms and more of marijuana; a Schedule I Controlled Substance; into the

United States from a place outside thereof; all in violation of Title 21, United States Code, Sections 952, 960, and 963.

### Count 4

Beginning no later than in or about May 2005 and continuing up to and including July 25, 2014, within the Southern District of California and elsewhere, defendants ISMAEL ZAMBADA-GARCIA, aka "El Mayo," aka "Doc," and IVAN ARCHIVALDO GUZMAN-SALAZAR, aka "Luis," aka "Chapito," did knowingly and intentionally conspire with each other, and with other persons known and unknown to the grand jury, to commit offenses against the United States under Title 18, United States Code, Section 1956, namely: transport, transmit and transfer monetary instruments and funds, that is United States currency, from a place in the United States to and through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, that is the distribution of controlled substances, in violation of Title 18, United States Code, Section 1956(a)(2)(A); all in violation of Title 18, United States Code, Section 1956(h).

### FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 4 of this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982.

2. As a result of the commission of the felony offenses alleged in Counts 1 through 3 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants ISMAEL ZAMBADA-GARCIA, aka "El Mayo," aka "Doc," ISMAEL

ZAMBADA-IMPERIAL, aka "Mayito Gordo," aka "Good Guy," ISMAEL ZAMBADA-SICAIROS, aka "Mayito Flaco," aka "Caballero," and IVAN ARCHIVALDO GUZMAN-SALAZAR, aka "Luis," aka "Chapito," shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds any defendant obtained, directly or indirectly, as the result of the felony offense alleged in this Indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this indictment. The property to be forfeited includes, but is not limited to, the following: 1982 Cessna Turbo 210 bearing Serial #21064675, United States tail number N1218U and Mexican tail number XB-NKY; 2006 Mercedes SLR McLaren bearing VIN #WDDAJ76F66M000890; 2014 Nissan GTR bearing VIN #JN1AR5EF4EM270727; 2010 Lamborghini Murcielago bearing VIN #ZHWBU8AHXALA03904 and 2008 Lamborghini bearing VIN #ZHWBU37S58LA02742.

3. As a result of the commission of the felony offense alleged in Count 4 of this Indictment, said violation being punishable by imprisonment for more than one year, and pursuant to Title 18, United States Code, Section 982(a)(1), defendants ISMAEL ZAMBADA-GARCIA, aka "El Mayo," aka "Doc," and IVAN ARCHIVALDO GUZMAN-SALAZAR, aka "Luis," aka "Chapito," shall, upon conviction, forfeit to the United States all rights, title and interest in any and all property involved in such offense, and any property traceable to such property.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

//
//

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as to Counts 1 through 3, and Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) as to Count 4, to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853, Title 18, United States Code, Section 982, and Title 28, United States Code, Section 2461(c).

DATED: July 25, 2014.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
ADAM L. BRAVERMAN
Assistant U.S. Attorney