ROBERT S. BREWER, JR.
United States Attorney
MATTHEW J. SUTTON
Assistant United States Attorney
Illinois Bar No. 6307129
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8941
Facsimile: (619) 546-0631
Email: Matthew.Sutton@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> ISMAEL ZAMBADA-IMPERIAL (2), <br>     Defendant. | Case No. <u>14-CR-00658-DMS</u> <br><br> JOINT MOTION FOR PROTECTIVE ORDER |

The parties, United States of America, by and through its counsel Robert S. Brewer Jr., United States Attorney, and Matthew J. Sutton, Assistant United States Attorney, and the above-captioned defendant, through the attorneys, hereby jointly move pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure for this Court to enter a Protective Order pertaining to pretrial discovery, and to prevent premature disclosure of evidence to other targets, subjects, and witnesses of ongoing investigations. The parties jointly agree to the following:

(1) That the defendant, counsel of record, and the counsels' assistants, as hereafter defined, shall not disclose the substance of any discovery material received from the

1

United States in the above-captioned matter, to any third party, unless such material is already a matter of public record, without prior approval of this Court;

(2) That the United States Attorney and the Assistant United States Attorney assigned to this case (hereafter collectively referred to as "the United States") and their assistants, the defendant, counsel and assistants, shall not disclose the substance of any discovery material produced to the defendant or obtained by the United States from the defendant, unless such material is already a matter of public record, to representatives of the media or other third parties not involved in the investigation or prosecution of the case.

(3) Nothing contained herein shall prevent the United States, or any defendant or their counsel, from disclosing such discovery material to any other attorneys working for the United States, the defendant or counsel, government agents (federal, state or local), private investigators, experts, secretaries, law clerks, paralegals, or any other person who is working for the United States or the defendants and their counsel (collectively referred to as "assistants") in the investigation or preparation of this case or, with respect to the United States and its assistants only, in other criminal investigations, without prior court order.

(4) Further, nothing contained herein shall preclude the United States, the defendant or counsel, or the respective assistants from conducting a normal investigation of the facts of this case on behalf of the United States or the defendant, or with respect to the United States and its assistants only, from conducting an investigation of other criminal activity, including interviewing witnesses disclosed by discovery materials, or from taking statements from witnesses disclosed by discovery materials, or from asking witnesses if they themselves have made prior statements to the United States that are disclosed in the discovery materials, and about the contents of such statements. In connection with any such investigation, it shall not be necessary that the United States, the defendant or his counsel, or the respective assistants, obtain prior permission of the

Court.

(5) Should counsel withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom, shall be returned to the United States within ten (10) days or, if agreed to by the parties, to replacement counsel.

(6) Defense counsel and the United States shall be required to communicate the substance of this order and explain it to their clients and assistants before disclosing the substance of the discovery to their clients or assistants.

DATED: January 8, 2020,

    Respectfully Submitted,

    ROBERT S. BREWER, JR.

    United States Attorney

    s/ Matthew J. Sutton
    MATTHEW J. SUTTON
    Assistant United States Attorney

    s/ Saji Vettiyil
    SAJI VETTIYIL
    Attorney for Ismael Zambada-Imperial

    s/ Frank J. Perez
    FRANK J. PEREZ
    Attorney for Ismael Zambada-Imperial