ROBERT S. BREWER, JR.
United States Attorney
MATTHEW J. SUTTON
Assistant U.S. Attorney
Illinois Bar No.: 6307129
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8941
Email: Matthew.Sutton@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14-cr-00658-DMS |
| v. | Date:  February 7, 2020 |
| ISMAEL ZAMBADA-IMPERIAL (2), | Time:  11:00 a.m. |
| Defendant. | **JOINT MOTION TO DECLARE CASE COMPLEX** |

The parties, UNITED STATES OF AMERICA, by and through its counsel Robert S. Brewer, Jr., United States Attorney, and Matthew J. Sutton, Assistant United States Attorney, and the above-captioned Defendant, through his counsel, hereby jointly move, pursuant to 18 U.S.C. § 3161(h)(8), for the Court to declare this case complex for purposes of the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq.

**I**

**Statement of Facts**

During the criminal investigation that resulted in the indictment in this criminal case number (and the related cases), there were years of court-authorized wiretaps of over 100 BlackBerrys resulting in tens of thousands of intercepted Blackberry messages, multiple foreign and domestic seizures of narcotics and narcotics proceeds, dozens of warrants and court orders as well as extensive surveillance operations. Simply put, the discovery in this and the related cases is voluminous.

As part of the discovery in this case, the Government has and will continue to produce to the Defendants tens of thousands of pages of discovery. This discovery will include, among other things, reports, affidavits, photographs, videos, reports of DEA lab testing, Title III applications and related materials, and line sheets. The Government will continue to provide additional discovery (if it exists) on a rolling basis and as quickly as possible.

In sum, based on the high volume of the discovery, the complex nature of the prosecution and possible existence of novel questions of fact or law (including issues related to the drug and money-laundering conspiracies, Title III intercepts, security concerns related to confidential informants and cooperating defendants, and narcotics seizure made in foreign countries), it would be unreasonable to expect defense counsel to be able to adequately review the voluminous discovery and effectively prepare for pre-trial motions and trial within the period normally prescribed by the Speed Trial Act, 18 U.S.C. §§ 3161, et seq., taking into account the exercise of due diligence. Consequently, the ends of justice served by a continuance outweighs the best interest of the public and the defendants in a speedy trial.

14-cr-00658-DMS

## II

## Conclusion

The parties respectfully request that this Court declare this case complex and order that the time between December 20, 2019, (the initial appearance of the Defendant in this district) and May 8, 2020, (or any other date the Court deems appropriate), be deemed excludable time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8) in addition to any time excludable pursuant to 18 U.S.C. § 3161(h)(1)(F), resulting from pre-trial motions already filed.

DATED: January 29, 2020                    Respectfully submitted,

                                           ROBERT S. BREWER, JR.
                                           United States Attorney

                                           /s/Matthew J. Sutton
                                           Assistant United States Attorney

                                           /s/ Saji Vettiyil
                                           /s/ Michael R McDonnell
                                           /s/ Frank Perez
                                           Counsel for Defendant

3

14-cr-00658-DMS

1
2

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

3    UNITED STATES OF AMERICA,

4        v.

5    ISMAEL ZAMBADA-IMPERIAL (2),

6        Defendant.

7

Case No.: 14-cr-00658-DMS

CERTIFICATE OF SERVICE

8    IT IS HEREBY CERTIFIED THAT:

9        I, Matthew J. Sutton, am a citizen of the United States and am at least eighteen years

10   of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-

11   8893.

12       I am not a party to the above-entitled action. I have caused service of this JOINT

13   MOTION TO DECLARE CASE COMPLEX on the parties by electronically filing the

14   foregoing with the Clerk of the District Court using its ECF System, which electronically

15   notifies them. I declare under penalty of perjury that the foregoing is true and correct.

16       Executed on January 29, 2020.

17

18

/s/Matthew J. Sutton
MATTHEW J. SUTTON

19

20

21

22

23

24

25

26

27

28

4

14-cr-00658-DMS