ROBERT S. BREWER, JR.
United States Attorney
MATTHEW J. SUTTON
Assistant U.S. Attorney
Illinois Bar No.: 6307129
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8941
Email: Matthew.Sutton@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14-cr-00658-DMS |
| v. | |
| ISMAEL ZAMBADA-IMPERIAL (2), | **JOINT MOTION TO CONTINUE MOTION HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| Defendant. | |

The parties hereby file a joint motion requesting that the motion hearing in this matter presently scheduled before the Honorable Dana M. Sabraw for February 7, 2020, at 11:00 a.m. be continued to May 8, 2020, at 11:00 a.m. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) and 18 U.S.C. § 3161(h)(8).

Assistant United States Attorney Matthew Sutton contacted defense counsel who agreed to continue the motion hearing. The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial, for the following reasons: (1) this case involves years of court-authorized wiretaps of multiple BlackBerrys resulting in tens of thousands of intercepted Blackberry messages and intercepted calls and text messages, multiple foreign and domestic seizures of narcotics and narcotics proceeds and dozens of warrants and court orders, (2) defense counsel is reviewing the voluminous discovery that has been provided by the United States; and (3) this case

involves the possible existence of novel questions of fact or law (including issues related to the drug and money-laundering conspiracies, Title III intercepts, security concerns related to confidential informants and cooperating defendants, and narcotics seizure made in foreign countries). The parties have exercised due diligence.

For reasons above, failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation and result in a miscarriage of justice. Counsel for the Defendant represents that he has discussed the need for this continuance with the Defendant. The Defendant agreed to and join in the request for this continuance.

The parties therefore jointly move for a continuance and to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) and 18 U.S.C. § 3161(h)(8). The parties agree the period of delay excluded spans from the filing of this joint motion, U.S.C. § 3161(h)(1)(D), until the new date for the motion hearing, that is until May 8, 2020.

DATED: January 29, 2020               Respectfully submitted,

                                      ROBERT S. BREWER, JR.
                                      United States Attorney

                                      /s/Matthew J. Sutton
                                      Assistant United States Attorney

                                      /s/ Saji Vettiyil
                                      /s/ Michael R McDonnell
                                      /s/ Frank Perez
                                      Counsel for Defendant

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 14-cr-00658-DMS |
|---|---|
| v. | CERTIFICATE OF SERVICE |
| ISMAEL ZAMBADA-IMPERIAL (2) | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, Matthew J. Sutton, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of this **JOINT MOTION TO CONTINUE MOTION HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** on the all parties in the case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2020.

s/Matthew J. Sutton
MATTHEW J. SUTTON
