AO 442

Case 3:14-cr-00658-DMS   Document 30   Filed 01/29/20   PageID.64   Page 1 of 1

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SEALED

UNITED STATES OF AMERICA

v.

Ismael Zambada-Imperial (2)
aka "Mayito Gordo," aka "Good Guy"

UNSEALED PER ORDER OF COURT 1/16/15

**WARRANT FOR ARREST**

Case Number: 14CR0658-DMS

NOT FOR PUBLIC VIEW

FILED JAN 29 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Ismael Zambada-Imperial (2)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):
21:959, 960, and 963 - Conspiracy to Distribute Methamphetamine, Cocaine and Marijuana Intended for Importation;
21:952, 960, and 963 - Conspiracy to Import Methamphetamine, Cocaine and Marijuana;
21:853, 18:982, and 28:2461(c) - Criminal Forfeiture

ARRESTED BY: 12/19/20
STEVEN C. STAFFORD
U.S. MARSHAL S/CA

In violation of Title ___See Above___ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ D. Sutton | July 25, 2014 at San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ____No Bail____ by ____The Honorable Ruben B. Brooks____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

