UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ISMAEL ZAMBADA-IMPERIAL (2),<br>    aka "Mayito Gordo,"<br>    aka "Good Guy,"<br><br>    Defendant. | Case No.  14cr0658-DMS<br><br>ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Superseding Indictment the United States sought forfeiture of all right, title and interest in property of Defendant ISMAEL ZAMBADA-IMPERIAL (2) ("Defendant") constituting or derived from proceeds of the offenses and property used and intended to be used to commit and to facilitate the commission of the offenses, pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982; and

WHEREAS, on or about April 30, 2021, Defendant pled guilty before this Court to Counts 2 and 3 of the Superseding Indictment, which pleas included consent to the forfeiture allegations of the Superseding Indictment, and an agreement to forfeit to the United States the amount of $5,000,000 as proceeds Defendant received from his offenses in violation of Title 21, United States Code, Sections 959, 960, and

//

963, which forfeiture shall be included and incorporated as part of the judgment in this case; and

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty pleas, the Court hereby determines that $5,000,000 represents the proceeds Defendant personally received from the illegal conduct set forth in Counts 2 and 3, and subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853; and

WHEREAS, by virtue of said guilty pleas and the Court's findings, the United States is now entitled to an Order of Forfeiture in its favor against the Defendant for the proceeds received by the Defendant in the amount of $5,000,000, pursuant to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the $5,000,000 forfeiture and the offenses of conviction; and

WHEREAS, the Defendant has agreed that the provisions for the substitution of assets as provided in 21 U.S.C. § 853(p) exist and has agreed the United States may take actions to collect the forfeiture; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant ISMAEL ZAMBADA-IMPERIAL (2) shall forfeit to the United States the sum of $5,000,000 pursuant to 21 U.S.C. § 853 in the form of a personal money judgment for the proceeds Defendant received from his offenses of conviction, which forfeiture is in favor of the United States against Defendant ISMAEL ZAMBADA-IMPERIAL, with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

2. Defendant is directed to comply with the terms of his plea agreement and tender full payment of the $5,000,000 forfeiture on or before the first date scheduled for sentencing. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the forfeiture; and

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

4. Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced; and

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $5,000,000 to satisfy the forfeiture in whole or in part; and

6. The United States may take any and all actions available to it to collect and enforce the forfeiture.

DATED: 06/24/22

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court